RECEIVED

FILED BY _____ D.C.   IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
05 APR 26  AM 7: 21          WESTERN DIVISION          05 APR 22  AM 11: 50

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CR. NO.   04-20476-D |
| | ) |
| DAVID TATE, | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING MOTION OF THE UNITED STATES TO CONTINUE BOND HEARING

A bond hearing in this case is currently set for April 26, 2005, at 9:30 a.m.  The government has moved the district court to continue this hearing.  For good cause shown, the district court hereby **GRANTS** the government's Motion to Continue Bond Hearing. The bond hearing in this case is reset for *May 3*, 2005, at *12:30*.

So **ORDERED** this *25th* day of April, 2005, at Memphis, Tennessee.

The Honorable Bernice B. Donald
United States District Court Judge

**APPROVED:**

Joseph C. Murphy, Jr.
Assistant United States Attorney
Western District of Tennessee

88

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 88 in case 2:04-CR-20476 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT