IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 30 PM 3:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>VS.<br><br>DAVID TATE<br>    Defendant. | )<br>)<br>)<br>)<br>)  CR. NO. 04-20476-D<br>)<br>)<br>)<br>) |

## ORDER ON CHANGE OF PLEA AND SETTING

    This cause came on to be heard on June 21, 2005, the United States Attorney for this district, Thomas A. Colthurst, appearing for the Government and the defendant, David Tate, appearing in person and with counsel, Stephen R. Leffler, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1-5, 7-9, and 11 of the Indictment.

    Counts 6 and 10 and Indictment 04-20492-Ma shall be dismissed at the Sentencing Hearing.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **TUESDAY, AUGUST 23, 2005, at 1:00 P.M., before Judge Bernice B. Donald.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 30 day of June, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 2:04-CR-20476 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT