IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 29 PM 4:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * |  |
| Plaintiff, | * |  |
|  | * | No. 04-20476-D |
| vs. | * |  |
| DAVID TATE, | * |  |
| Defendant. | * |  |
|  | * |  |

## ORDER GRANTING GOVERNMENT'S MOTION
## TO DISMISS COUNTS 6 AND 10 OF INDICTMENT

It is hereby ORDERED that the Government's Motion To Dismiss Counts 6 and 10 of the Indictment in the above-entitled and numbered criminal case as to DAVID TATE is hereby GRANTED.

DONE at Memphis, Tennessee, this 29 day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 2:04-CR-20476 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT